141 A.3d 436

**Patrick J. DOHENY, Jr., Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

July 6, 2016.

98

***ORDER***

PER CURIAM.

**AND NOW,** this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED.**

The Application for Continuation of Supersedeas and Stay is **DISMISSED** as moot.

Justice WECHT did not participate in the consideration or decision of this matter.